# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

**WILLIAM HOLDEN BRITT**

**CIVIL ACTION**

**VERSUS**

**NO. 17-424-JWD-RLB**

**SPIRIT COMMERCIAL RR GROUP INC., ET AL.**

## OPINION

After independently reviewing the entire record in this case and for the reasons set forth in Magistrate Judge's Report dated May 2, 2018, to which no objection was filed;

**IT IS ORDERED** that this action is REMANDED to the 20th Judicial District Court, West Feliciana Parish, Louisiana.

Signed in Baton Rouge, Louisiana, on May 17, 2018.

JUDGE JOHN W. deGRAVELLES
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA